[This opinion has been published in *Ohio Official Reports* at 71 Ohio St.3d 651.]

**GIBBS ET AL., APPELLANTS, *v*. SIMCOTE, INC., APPELLEE.**

**[Cite as *Gibbs v. Simcote, Inc.*, 1995-Ohio-73.]**

*Workers' compensation—Proof required to establish that an employer has committed an intentional tort against an employee.*

(No. 93-2429—Submitted February 21, 1995—Decided April 5, 1995.)

APPEAL from the Court of Appeals for Marion County, No. 9-93-15.

_____

*John S. Marshall; Hobson & Kolman* and *Gordon G. Hobson*, for appellants.

*Calfee, Halter & Griwold* and *Richard P. Goddard; Frericks & Howard* and *Thomas Frericks*, for appellee.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Fyffe v. Jeno's, Inc.* (1991), 59 Ohio St.3d 115, 570 N.E.2d 1108.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

_____